# PLAINTIFF'S EXHIBIT C



**Bank of America**

www.bankofamerica.com

LL 1112    137 649 8    22724 #@01 AB 0.384
JAMMIE T. FOWLER
69 ALEXANDER ST
WINDER, GA 30680

November 07, 2013

Regarding reference number: 0296443582

Dear Jammie T. Fowler:

Thank you for your recent application for the Bass Pro Shops World MasterCard card. After a careful review, which included an assessment of your application, current economic trends and credit report information, we have determined that we are unable to approve your request because you have current or past delinquency with one or more of your creditors.

Our decision was based in whole or in part on information included in your credit report(s). If you would like to obtain a copy of the credit reports that were used as part of our review, please contact: Experian, National Consumer Assistance Center, PO Box 2002, Allen, TX 75013-0036. Their toll-free telephone number is 1.888.397.3742, and their Web address is www.experian.com/reportaccess. IDA, Inc., PO Box 503793, San Diego, CA 92150. Their toll-free telephone number is 1.866.361.7984 and their Web address is www.IDAincorporated.com.

We encourage you to review the enclosed brochure that provides information regarding the managing of credit and how certain factors can impact your credit history and score.