# PLAINTIFF'S EXHIBIT E

Case 2:14-cv-00070-WCO-JCF Document 1-5 Filed 04/11/14 Page 2 of 2

# EQUIFAX

## CREDIT FILE : February 7, 2014

Confirmation # 403042418

**Personal Identification Information** *(This section includes your name, current and previous addresses, and any other identifying information reported by your creditors.)*

Name On File: Tommy Fowler

So...
Cu...
Pr...
: 02/2014
04  Reported: 02/2014
014

Fo...
La...
Pr...

GA;

AI...

**Please address all future correspondence to:**

 www.investigate.equifax.com

 Equifax Information Services LLC
P.O. Box 105314
Atlanta GA 30348

(866) 238-6559
M - F 9:00am to 5:00pm in your time zone.

In order to speak with a Customer Service Representative regarding the specific information contained in this credit file, you must call **WITHIN 60 DAYS** of the date of this credit file **AND** have a copy of this credit file along with the confirmation number.

**Collection Agency Information** *(This section includes accounts that credit grantors have placed for collection with a collection agency.)*

Medical Business Bureau; Collection Reported 12/2013; Assigned 02/2013; Creditor Class - Medical/Health Care; Client - Apogee Medical Group; Amount - $207 ; Status as of 12/2013 - Paid; Date of 1st Delinquency 11/2012; Balance as of 12/2013 - $0 ; Last Payment Date 04/25/2013; Individual Account; Account # - 731109752505030; ADDITIONAL INFORMATION - Collection Account; **Address:** 1460 RENISSANCE DR STE 400 PARK RIDGE IL 60068-1349 ; (800) 438-8146

Medical Business Bureau; Collection Reported 01/2014; Assigned 02/2013; Creditor Class - Medical/Health Care; Client - Apogee Medical Group; Amount - $391 ; Status as of 01/2014 - Unpaid; Date of 1st Delinquency 11/2012; Balance as of 01/2014 - $357 ; Last Payment Date 05/16/2013; Individual Account; Account # - 731109752505010; ADDITIONAL INFORMATION - Consumer Disputes This Account Information; **Address:** 1460 RENISSANCE DR STE 400 PARK RIDGE IL 60068-1349 ; (800) 438-8146

Collection Service of Athens; Collection Reported 06/2012; Assigned 01/2012; Creditor Class - Medical/Health Care; Client - Athens Radiology Associates; Amount - $672 ; Status as of 06/2012 - Unpaid; Date of 1st Delinquency 08/2011; Balance as of 06/2012 - $672 ; Individual Account; Account # - 1769578; ADDITIONAL INFORMATION - Consumer Disputes This Account Information; **Address:** Collection Svc Of Athens PO Box 8048 Athens GA 30603-8048